# EXHIBIT 2







Sign Up

Email or Phone
Password
Log In
Forgot account?

BioAnthropology News
Public group

About
Discussion
**Michael's post**
Members
Events
Videos
Photos
Files

Search this group

+ Join Group
••• More
Join this group to post and comment.

**Michael Balter** shared a link.
February 28

https://michael-balter.blogspot.com/2020/02/at-uc-santa-barbara-and-in-peru.html

MICHAEL-BALTER.BLOGSPOT.COM
**At UC Santa Barbara and in Peru, an archaeological couple accused of engaging in sexual misconduct and retaliation against victims**
Danielle Kurin Danielle Kurin is an…

120 34 Comments 14 Shares

Share

**Elayne Pope** Same song different verse
3
14w

**Carrie Pritchard** I worked on this project in 2013 and experienced some of these retaliations first-hand.
23
14w

**Michael Balter** Carrie Pritchard I'm sorry to hear this. Please feel free to get in touch with me privately.
2
14w

**Pat Shipman** Yet another appalling case.
4
14w

**Jocelyne Swayze** Carrie Pritchard I wondered if any of my peers had worked there. Awful.
14w

**Susan McMahon** So does administrative leave mean she got paid ?
14w

**Michael Balter** Susan McMahon I believe so, according to the somewhat sketchy information I have on that, but do not consider it confirmed.
2
14w

English (US) · Español · Português (Brasil) · Français (France) · Deutsch

Privacy · Terms · Advertising · Ad Choices · Cookies · More
Facebook © 2020

**Susan McMahon** Thanks.
1
14w

**Brittnie Pimental** Disgusting. They should be entirely fired, removed from the project and not allowed to be employed in universities, colleges or schools.
10
14w

**Hannah VanGenius** Oh balls.
14w

**Alicia Roberts** Oh balls is right
14w

**Bacara Spruit** I just hope that they get what they deserve and are unable to ever harm or hurt another victim again
2
14w

**Erin Vogel** I am glad the victim's voices are being heard
10
14w

**Ashley Willis** I'm a current anthro undergrad at UCSB & I had no idea this was even thing. Thank you for sharing. If there's one thing I've learned in my time at UCSB so far it's that the administration does not do a damn thing about abusers, regardless if they are students or staff.
4
14w

**Susan McMahon** I agree she does not get a pass for being under the influence of her apparent employee or colleague
1
14w

**Michael Balter** Susan McMahon Since I posted this report less than 24 hours ago, six more witnesses to the described behavior have contacted me to share their stories. These events cover the period from 2013 to 2018, ie, before and AFTER the June 2016 Title IX findings.
3
14w

**Michael Balter** Since I first posted this, six more witnesses have contacted me to describe their negative experiences with this pair, stretching from 2013 to 2018 (two years after the Title IX findings.)
5
14w

**Michael Balter** I will be publishing an update soon which includes evidence that at least two sexual assaults took place at Kurin's field school in Peru in 2018, two years after the Title IX findings, and that Kurin attempted to mollify the students and cover it up. Fortunately, the brave students have banded together and decided not to let that happen.
4
13w · Edited

**Susan Guise Sheridan** Michael Balter Post your update in this feed, not as a separate post please.
13w

**Michael Balter** Susan Guise Sheridan Yes I will.
1
13w

**Michael Balter** The latest update is that Kurin had accepted a grad student to work with her in the fall. The student came to visit and was warned by members of the UCSB anthro dept (and by me) about what she might be getting herself into. The student has withdrawn, losing time, money, and hopes of a career in archaeology. If the UCSB administration had banned Kurin from taking any new students this would not have happened. More next week.
3
13w · Edited

**Susan McMahon** Well she dodged a toxic femininity bullet but still will suffer bad effects.

13w

**Michael Balter** Susan McMahon Under ideal circumstances the archaeology community would help her and find her another lab to work in. Unfortunately, circumstances are not ideal and she is left entirely on her own to deal with the fallout of this in her life.

13w  👍 1

**Christina Campbell** Michael Balter I'm wondering why you say the archaeology community should help her get a new job? Isn't she responsible for her actions?

13w

**Michael Balter** Christina Campbell Seriously? She accepted a grad position with Danielle Kurin because she did not know about the abuse students have suffered at the hands of Kurin and Enmanuel Gomez; and she didn't know because UCSB kept it as secret for as long as they could. Perhaps you should read the story I posted?

13w

**Christina Campbell** Michael Balter Oh - I thought you were talking about Kurin - not the student - my bad. Yes the student should absolutely be helped.

13w  👍 2

**Michael Balter** Christina Campbell Okay, sorry for any confusion. Kurin should be fired, and probably will be before this is over.

13w  👍 2

**Christina Campbell** Michael Balter Agreed.

13w  👍 2

**Michael Balter** Christina Campbell Amazingly, despite being found guilty in 2016 of retaliating against students who reported sexual abuse at her field school, in 2018 students were being assaulted again by her husband. She tried to cover that one up too. A very sick situation.

13w · Edited

**Christina Campbell** Michael Balter I find it unbelievable that she is still there.

13w  👍 1

**Michael Balter** Christina Campbell Yes, so do a lot of people. Secrecy is the enemy of justice.

13w  👍 1

**Michael Balter** https://michael-balter.blogspot.com/.../uc-santa-barbara...

MICHAEL-BALTER.BLOGSPOT.COM
UC Santa Barbara kept misconduct findings against an archaeological…

13w  😢 1

**Kanya Chrisco** Wow. Just wow.

12w  👍 1

**Michael Balter** One of the big problems here is that IFR officials are lying about what they knew, and are as responsible as UCSB for the sexual assaults in 2018. That is confirmed. My reporting indicates that both Willeke Wendrich, chair of the board of governors of IFR and director of the Cotsen Institute at UCLA, and Ran Boytner, IFR's executive director, are lying about what they knew.

12w · Edited