# BakerHostetler

Baker&Hostetler LLP

45 Rockefeller Plaza
New York, NY 10111

T 212.589.4200
F 212.589.4201
www.bakerlaw.com

Anat Maytal
direct dial: 212.847.2813
amaytal@bakerlaw.com

February 19, 2021

**VIA ECF**

The Honorable Vincent L. Briccetti
United States District Judge
United States District Court for the Southern District of New York
300 Quarropas Street Courtroom 620
White Plains, NY 10601

Re:   *Kurin v. Balter,* No. 7:20-cv-4613 (VB) (SDNY)

Dear Judge Briccetti:

Pursuant to Paragraph 16 of the Civil Case Discovery Plan and Scheduling Order, Plaintiff Danielle Kurin ("Plaintiff") and Defendant Michael Balter ("Defendant"), through their undersigned counsel, jointly and respectfully write to update the Court on the prospect of settlement.

The parties engaged in settlement discussions at the outset of this matter but were unable to reach a resolution at that time. We believe that the parties would benefit from a Court-supervised mediation and would welcome any assistance from the Court. In light of COVID-19, the parties request that all dispute resolution remain virtual.


Sincerely,

The Honorable Vincent L. Briccetti
February 19, 2021
Page 2

| **HOYER LAW GROUP, PLLC** | **BAKER & HOSTETLER LLP** |
|---|---|
| By: */s/ David L. Scher*<br>1300 I Street NW, Ste 400 E<br>Washington, DC 20005<br>Telephone: 202.997.8227<br>David L. Scher<br>Email: dave@hoyerlawgroup.com<br>David Fulleborn<br>Email: dfulleborn@hoyerlawgroup.com<br><br>*Attorneys for Plaintiff Danielle Kurin* | By: */s/ Anat Maytal*<br>45 Rockefeller Plaza<br>New York, New York 10111<br>Telephone: 212.589.4200<br>Facsimile: 212.589.4201<br>Mark Bailen<br>Email: mbailen@bakerlaw.com<br>Melissa Carvalho<br>Email: mcarvalho@bakerlaw.com<br>Anat Maytal<br>Email: amaytal@bakerlaw.com<br><br>*Attorneys for Defendant Michael Balter* |

4826-4218-7229.1